GARY M. RESTAINO
United States Attorney
District of Arizona
DAVID A. PIMSNER
Arizona State Bar No. 007480
Email: David.Pimsner@usdoj.gov
KEVIN C. HAKALA
Colorado State Bar No. 41335
Email: Kevin.Hakala@usdoj.gov
Assistant United States Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Ali Joseph,<br>aka Abu Rahaf,<br>aka Ali Kazem Youssef,<br><br>　　　　　Defendant. | No.　　CR-22-01070-PHX-DJH (DMF)<br><br>**I N D I C T M E N T**<br><br>VIO:　18 U.S.C. § 1958(a)<br>　　　(Use of Interstate Commerce<br>　　　Facilities in the Commission of<br>　　　Murder-For-Hire)<br>　　　Count 1<br><br>　　　18 U.S.C. §§ 981 and 982,<br>　　　21 U.S.C. §§ 853 and 881, and<br>　　　28 U.S.C. § 2461(c)<br>　　　(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

Between on or about May 9, 2022, and on or about August 23, 2022, in the District of Arizona and elsewhere, the defendant, ALI JOSEPH, aka Abu Rahaf, aka Ali Kazem Youssef, did use a facility of interstate commerce, and did cause another to use a facility of interstate commerce, including a telephone and an internet-based encrypted messaging

application, with the intent that the murder of victim A. A. be committed in violation of the laws of the United States and the State of Arizona, as consideration for the receipt of, and as consideration for a promise and agreement to pay anything of pecuniary value, to wit: approximately $3,000.00.

In violation of Title 18, United States Code, Section 1958(a).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Count 1 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 981 and 982, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of the offense alleged in Count 1 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

If any of the forfeitable property, as a result of any act or omission of the defendant(s):

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 981 and 982, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

_____
FOREPERSON OF THE GRAND JURY
Date: August 23, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
_____
DAVID A. PIMSNER
KEVIN C. HAKALA
Assistant U.S. Attorneys

- 3 -