## MAGISTRATE JUDGE'S MINUTES
## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. Magistrate Judge:** Eileen S. Willett | **Date:** August 25, 2022 |
| **USA v. Ali Joseph** | **Case No.:** CR-22-01070-001-PHX-DJH |

**Assistant U.S. Attorneys**: David Pimsner and Kevin Hakala
**Attorney for Defendant**: AFPD James Rael
**Language**: ARABIC
**Interpreter**: Deenatra Younan
**Defendant**: Present and in custody
**Date of Arrest**: 8/24/2022

Initial Appearance and Arraignment held on this date.  On motion of counsel for the Government, **IT IS ORDERED** unsealing the Indictment and this case.

Defendant sworn as to financial status. AFPD James Rael appointed as counsel for the defendant. Defendant waives a formal reading of the Indictment and enters a plea of NOT guilty to all pending counts, as well as a denial of the forfeiture allegation.  **IT IS ORDERED** setting a deadline of 21 days for all pretrial motions and setting Trial for **October 4, 2022 at 9:00 AM** before Judge Diane J. Humetewa, Courtroom 605.

The Government is seeking detention.  Upon request of defense counsel and time having been waived by the defendant, **IT IS ORDERED** setting a Detention Hearing for **September 2, 2022 at 1:30 PM** before Magistrate Judge John Z. Boyle, Courtroom 302.  Defendant temporarily detained pending further proceedings.

As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny.  Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.

| | |
|---|---|
| Recorded by CourtSmart | **IA:** 2 mins. |
| Deputy Clerk Marion Holmes | **ARR:** 2 mins. |
| | **Start:** 3:10 PM |
| | **Stop:** 3:14 PM |